UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NIBIRUTECH LTD.,

      Plaintiff,

      v.

ANDREW JANG, et al.,

      Defendants.
_____/

No. C 14-3091 PJH

**ORDER VACATING HEARING DATE**

    The date for the hearing on defendants' motion to dismiss for forum non conveniens, previously set for February 4, 2015, is VACATED. The court will rule on the papers.

**IT IS SO ORDERED.**

Dated: January 30, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge